STATE v. SMITH

No. 362P93

Case below: 111 N.C.App. 458

Motion by Attorney General to dismiss defendant's appeal for lack of substantial constitutional question allowed 7 October 1993. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 October 1993.

STATE v. WEBSTER

No. 358A93

Case below: 111 N.C.App. 72

Motion by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion denied 4 November 1993.

STATE v. WHITAKER

No. 287P93

Case below: 109 N.C.App. 699

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 7 October 1993.

STATE v. WILLIAMS

No. 245P93

Case below: 110 N.C.App. 306

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 4 November 1993.

STATE v. WITHERS

No. 370P93

Case below: 111 N.C.App. 340

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 November 1993.